CLEVELAND METROPOLITAN BAR ASSOCIATION *v.* AZMAN.

[Cite as *Cleveland Metro. Bar Assn. v. Azman*, ___ Ohio St.3d ___,

2017-Ohio-506.]

(No. 2015-2007—Submitted February 9, 2017—Decided February 14, 2017.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Brandon Louis Azman, Attorney Registration No. 0087246, last known business address in Arlington, Virginia.

{¶ 2} The court coming now to consider its order of June 15, 2016, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent for a period of one year, with six months stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For earlier case, see *Cleveland Metro. Bar Assn. v. Azman*, 147 Ohio St.3d 379, 2016-Ohio-3393, 66 N.E.3d 695.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

_____